PHILLIP A. TALBERT
United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-mj-00070-AC |
| Plaintiff, | STIPULATION AND [~~Proposed~~] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MICHAEL S. MORROW, | DATE:  July 11, 2022 |
| | TIME:  9:00 a.m. |
| Defendant. | JUDGE: Hon. Allison Claire |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on July 11, 2022 at 9:00 a.m.

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER         1           U.S. v. MICHAEL S. MORROW

2. By this stipulation, the parties now jointly move to continue the status conference to August 8, 2022 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: July 8, 2022          PHILLIP A. TALBERT
                             United States Attorney

                        By:  */s/ John Scanlon*
                             JOHN E. SCANLON
                             Special Assistant U.S. Attorney


                             */s/ Linda Allison*
                             Assistant Federal Defender
                             Counsel for Defendant
                             (*Approved via email on 7/8/2022*)


## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference currently scheduled on July 11, 2022 at 9:00 a.m. shall be continued to August 8, 2022 at 9:00 a.m.

FOUND AND ORDERED this 11th day of July 2022.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER          2          U.S. v. MICHAEL S. MORROW