PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
JUSTIN L. LEE
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:22-mj-00070-AC |
|---|---|---|
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| v. | ) | |
| MICHAEL STEVEN MORROW, | ) | Date: May 8, 2023 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Allison Claire |

**ORDER TO SHOW CAUSE AND ISSUE NOTICE TO APPEAR**

It is Hereby Ordered that the defendant shall appear on May 8, 2023 at 9:00 a.m. to show cause why the probation granted on November 21, 2022, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///
///

ORDER TO SHOW CAUSE                    1                    U.S. v. MICHAEL STEVEN MORROW

It is further ordered that the Clerk's office shall issue a notice to appear directing the defendant to appear on May 8, 2023, at 9:00 a.m.

IT IS SO ORDERED.

Dated: April 27, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE