HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Linda_Harter@fd.org

Attorney for Defendant
MICHAEL MORROW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MORROW <br><br> Defendant. | NO. 2:22-mj-00070-AC-1 <br><br> WAIVER OF APPEARANCE <br><br> DATE:  May 8, 2023 <br> TIME:    9:00 AM <br> JUDGE:  ALLISON CLAIRE |

Pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, defendant, MICHAEL MORROW, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, post-conviction hearings regarding his progress on probation.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present.

With regard to the hearing on May 8, 2023, Mr. Morrow has been highly motivated to complete the terms of his sentence and has made significant progress on his 40 hours of community service. As of today, May 3, 2023, Mr. Morrow has completed 28 hours of

community service at a location that was approved of by Assistant United States Attorney Alstyn Bennett on February 7, 2023. This location is the Humane Society of Truckee-Tahoe which is a non-profit animal services shelter. Mr. Morrow has done whatever he has been asked to do at the shelter including cleaning it up and helping to maintain the premises.

Mr. Morrow has gone in to do his community service hours now 9 days in a row every morning beginning on April 25, 2023, through and including today. He has done 3 hours on each of those days, and he also completed 1 hour on April 10, 2023, as part of the organization's orientation for a total of 28 hours. Mr. Morrow's progress has been confirmed with his supervisors Alison Herzog, the Animal Shelter Manager, and Erin Ellis, the Community Engagement Director for the shelter. The contact information for both of his supervisors has been sent to Assistant United States Attorney Alstyn Bennett for her confirmation.

His supervisors have confirmed that he is on track to finish all 40 hours by his next court date on May 8, 2023, and before the date he is required to complete his community service by of May 15, 2023, by doing 3 hours every morning through Sunday May 7, 2023. Mr. Morrow has stated that he is very motivated to finish and will complete his final 12 hours in these next 4 days.

As to the $40 in fees that were assessed as part of his sentence Mr. Morrow has sent a check of $40 to the clerk's office. The clerk's office has confirmed they received the check on May 1, 2023, and are just waiting for the financial department's confirmation that it has gone through. Mr. Morrow has stayed out of trouble while serving his probation and has found consistent employment in construction in Sierra County. Mr. Morrow has also had his California Driver's License reinstated while serving his probation.

Mr. Morrow lives more than 2 and a half hours away from the courthouse in Sierra County. It has been snowing there this week making the drive to Sacramento dangerous. Mr. Morrow's sole means of transportation is an old truck that has been having mechanical issues and which he has only been able to use for driving to places nearby such as his community service in Truckee and his employment in Sierra County. For the above stated reasons, the

defense respectfully requests Mr. Morrow right to be physically present in person in open court upon the hearing of any motion or other proceeding in this case be waived.

Dated: 05/03/2023

                */s/ Michael Morrow*
                MICHAEL MORROW

I agree and consent to my Client's waiver of appearance.

Dated: 05/03/2023

                */s/ Linda C. Harter*
                LINDA C. HARTER
                Assistant Federal Defender
                Attorney for Defendant
                MICHAEL MORROW

IT IS SO ORDERED.

Dated: May 5, 2023

                _____
                ALLISON CLAIRE
                UNITED STATES MAGISTRATE JUDGE